ORIGINAL

**GS2LAW**

Garson, Segal, Steinmetz, Fladgate LLP

MEMO ENDORSED

| | | | |
|---|---|---|---|
| Robert Garson ◊ | Stephen Greenwald | Kevin Kehrli ‹ | Tel: +1 (212) 380-3623 |
| Michael Steinmetz * ∝ ▯ | John Lane ∝ | Maddie Brown | Fax: +1 (347) 537-4540 |
| Chris Fladgate ° | Timothy Kendal ◊ | | |
| Thomas Segal ^ | Ilan Ben Avraham ∇ | | |

Additional Bar Memberships
◊ England and Wales
^ Paris
* New Jersey
‹ Pennsylvania

∝ Patent Bar
° Victoria (Australia)
∇ Israel
▯ Colorado

Email: kk@gs2law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/21

September 13, 2021

Via ECF
Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Wood v. Observer Holdings, LLC et al. (1:20-cv-7878(LLS))

To the Hon. Louis L. Stanton:

This firm represents the defendants in the above-referenced action. I write to request an adjournment of the Initial Conference presently scheduled for October 1, 2021 at 12:00 pm.

The reason for the adjournment request is that both counsel of record for Defendants are unable to attend the conference, one due to preexisting commitments and the other due to travel and religious observance.

Accordingly, pursuant to Your Honor's Individual Rule 1.E, and with the consent of counsel for Plaintiff, Defendants respectfully request that the Court adjourn the conference to a later date.

There has been one prior request to adjourn this conference, which was made by Plaintiff, consented to by Defendants, and granted by the Court.

Further, I have taken the liberty to confer with counsel for Plaintiff to check their availability for potential adjournment dates, and counsel for both sides would be available on October 8, 2021, October 15, 2021, and October 22, 2021, but not October 29, 2021.

*Re-scheduled to Oct. 15 at 2:30 pm.*
*Louis L. Stanton*
*9/13/21*

Respectfully Submitted,

/s/ Kevin Kehrli
Kevin Kehrli, Esq.

USA: 164 WEST 25TH STREET, 11TH FLOOR, NEW YORK, NY 10001
UK:, 2 BEDFORD ROW, LONDON WC1R 4BU
WWW.GS2LAW.COM