ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/21

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
REGAN WOOD d/b/a REGAN WOOD
PHOTOGRAPHY,

               Plaintiff,

    - against -

OBSERVER HOLDINGS LLC, ACB ASSOCIATES,
L.P., THE NEW YORK OBSERVER, LLC, *and*
OBSERVER MEDIA DIGITAL, LLC,

              Defendants.

20 Civ. 07878 (LLS)

ORDER

    The Stipulated Order filed October 15, 2021, in paragraph 3.b. preempted and supplanted the provision of Rule 34(b)(2)(A), within which defendants are in compliance. The measures requested in plaintiff's counsel's November 29, 2021 Letter to the Court are denied.

    So Ordered.

Dated:    New York, New York
            December 1, 2021

                                             *Louis L. Stanton*
                                             Louis L. Stanton
                                                  U.S.D.J.