UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGAN WOOD, d/b/a REGAN WOOD PHOTOGRAPHY,

                    Plaintiff,

-v-

OBSERVER HOLDINGS LLC, ACB ASSOCIATES, L.P., THE NEW YORK OBSERVER, LLC, and OBSERVER MEDIA DIGITAL, LLC,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 7878 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 52). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, January 26, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
               January 19, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge