```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

REGAN WOOD d/b/a REGAN WOOD
PHOTOGRAPHY,

               Plaintiff,

    - against -

OBSERVER HOLDINGS LLC, ACB ASSOCIATES,
L.P., THE NEW YORK OBSERVER, LLC, and
OBSERVER MEDIA DIGITAL, LLC,

               Defendants.

20 Civ. 7878 (LLS)(SLC)

ORDER

    It having been reported to the Court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty (60) days of the date of the Order either party may apply by letter for restoration of the action to the Court's calendar.

    So Ordered.

Dated:    New York, New York
            March 3, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.